Damon L. CALDWELL,
Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 76036.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 21, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 17, 2000.

Mary S. Choi, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, III, Susan K. Glass, Asst. Atty. Gen., Jefferson City, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., and ROBERT G. DOWD, Jr., and SHERRI B. SULLIVAN, JJ.

**ORDER**

PER CURIAM.

Damon L. Caldwell (Movant) appeals the denial of his Rule 29.15 motion for postconviction relief without an evidentiary hearing. Movant contends the motion court erred in denying his postconviction motion without an evidentiary hearing because Movant's trial counsel was ineffective for cross-examining a State's witness that opened the door to prejudicial hearsay. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).